06/02/2011 10:35:31am

B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **WMF AIRPORT HOTEL, LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba Holiday Inn Houston Hobby Airport** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **33-1122179** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State): **8611 Airport Boulevard** **Houston, TX**    ZIP CODE **77061** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business: **Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **16865 Diana Lane #200** **Houston, TX**    ZIP CODE **77058** | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **8611 Airport Boulevard** **Houston, TX** | ZIP CODE **77061** |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☒ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)

| **Voluntary Petition** | Name of Debtor(s):   **WMF AIRPORT HOTEL, LTD** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor    (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>　　　　　　　　　　　　　　　　　　　　　　　Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

　　　　　　　　　　_____

　　　　　　　　　　(Name of landlord that obtained judgment)

　　　　　　　　　　_____

　　　　　　　　　　(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **WMF AIRPORT HOTEL, LTD**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X /s/ Peter Johnson

**Peter Johnson**                Bar No. **10778400**

**Law Offices of Peter Johnson**
**11 Greenway Plaza, Suite 2820**
**Houston, Texas 77046**

Phone No. **(713) 961-1200**      Fax No. **(713) 961-0941**

6/3/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**WMF AIRPORT HOTEL, LTD**

X /s/ William M. Friedrichs, Jr.
Signature of Authorized Individual

 **William M. Friedrichs, Jr.**
Printed Name of Authorized Individual

**Pres, WMF Development, Inc., GP**
Title of Authorized Individual

**6/3/2011**
Date

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

In re  **WMF AIRPORT HOTEL, LTD**                            Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx - xxxx #xx5274**<br><br>**Wells Fargo Bank, N.A.**<br>**MAC#N9303-11E**<br>**608 2nd Avenue S, 11th Floor**<br>**Minneapolis, MN 55402** | X | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Deed of Trust Lien and Security Agreement**<br>COLLATERAL:<br>**Holiday Inn at Hobby Airport**<br>REMARKS:<br><br><br>VALUE:                      **$9,700,000.00** | | | | **$8,970,000.00** | |
| **Representing:**<br>**Wells Fargo Bank, N.A.** | | **Jeffrey M Smith, Esq**<br>**2800 JP Morgan Chase Tower**<br>**600 Travis**<br>**Houston, TX 77002** | | | | **Notice Only** | **Notice Only** |
| **Representing:**<br>**Wells Fargo Bank, N.A.** | | **Wells Fargo Bank, NA**<br>**Middle Market Real Estate**<br>**Attn Kyle Shaw**<br>**111 Congress Ave, S 530**<br>**Austin, TX 78701** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$8,970,000.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | **$8,970,000.00** | **$0.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **WMF AIRPORT HOTEL, LTD**                                      Case No.  _____
                                                                                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____***Pres, WMF Development, Inc., GP***_____ of the _____**Partnership**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**2**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **6/3/2011**_____          Signature  **/s/ William M. Friedrichs, Jr.**_____
                                                                                            **William M. Friedrichs, Jr.**
                                                                                            **Pres, WMF Development, Inc., GP**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                    CHAPTER    11

**WMF AIRPORT HOTEL, LTD**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| ALH Properties No. 1, Inc. | | 30% | Limited Partner |
| ALH Properties No. 11, Inc. | | 20% | Limited Partner |
| W.M. Fiedrichs, Jr. | | 49% | Limited Partner |
| WMF Development, Inc. | | 1% | General Partner |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Pres, WMF Development, Inc., GP**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **6/3/2011**_____          Signature: **/s/ William M. Friedrichs, Jr.**_____
                                                          *William M. Friedrichs, Jr.*
                                                          **Pres, WMF Development, Inc., GP**

06/02/2011

*Peter Johnson, Bar No. 10778400*
*Law Offices of Peter Johnson*
*11 Greenway Plaza, Suite 2820*
*Houston, Texas 77046*
*(713) 961-1200*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                      Case No.:
**WMF AIRPORT HOTEL, LTD**       SSN:   **33-1122179**

                              SSN:

Debtor(s)           **Numbered Listing of Creditors**

Address:
**8611 Airport Boulevard**    Chapter:   **11**
**Houston, TX 77061**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | American Hotel Register<br>16548 Collections Center<br>Chicago, IL 60693 | Unsecured Claim | $238.44 |
| 2. | American Liberty Hospitality, Inc.<br>C/O Robert Sponaugle<br>10700 Richmond Suite 120<br>Houston, TX 77042 | Unsecured Claim | $0.00 |
| 3. | ARC Texas<br>PO Box 842146<br>Dallas, TX 75284 | Unsecured Claim | $244.67 |
| 4. | Auto Chlor<br>Dept 205<br>PO Box 4869<br>Houston, TX 77210 | Unsecured Claim | $2,967.83 |
| 5. | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678 | Unsecured Claim | $68.47 |
| 6. | Commaint Commercial Maintenance<br>43 Heisser<br>Farmingdale, NY 11735 | Unsecured Claim | $251.94 |

06/02/2011

in re:  **WMF AIRPORT HOTEL, LTD**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Davene Inc.<br>PO Box 751670<br>Memphis, TN 38175 | Unsecured Claim | $253.91 |
| 8.  Delta Products<br>2570 Metropolitan Drive<br>Trevose, PA 19053 | Unsecured Claim | $252.09 |
| 9.  Discount Commercial Office<br>10150 Talley Ln<br>Houston, TX 77041 | Unsecured Claim | $1,666.17 |
| 10.  Eastex Laser<br>PO Box 218481<br>Houston, TX 77218 | Unsecured Claim | $497.88 |
| 11.  Fedex<br>PO Box 660481<br>Dallas, TX 75266 | Unsecured Claim | $40.47 |
| 12.  Form Source & More<br>PO Box 1672<br>Stafford, TX 77497 | Unsecured Claim | $389.96 |
| 13.  Gues Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | Unsecured Claim | $1,899.87 |
| 14.  HD Supply Facilities<br>PO Box 509058<br>San Diego, CA 92150 | Unsecured Claim | $3,887.06 |
| 15.  Hobart Service<br>ITW Food Equipment<br>5120 Ashbrook<br>Houston, TX 77081 | Unsecured Claim | $651.40 |

06/02/2011

in re:  **WMF AIRPORT HOTEL, LTD**

| Debtor | | Case No. (if known) |
| --- | --- | --- |

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 16. Hotel Information Service<br>2951 Marina Bay Drive, Suite 130-488<br>League City, TX 77573 | Unsecured Claim | $319.34 |
| 17. Ipanema Solutions, LLC<br>PO Box 7470<br>Ann Arbor, MI 48107 | Unsecured Claim | $1,175.70 |
| 18. JCDeaux Airport, Inc.<br>General Post Office<br>PO Box 5436<br>New York, NY 10087 | Unsecured Claim | $1,380.69 |
| 19. Jeffrey M Smith, Esq<br>2800 JP Morgan Chase Tower<br>600 Travis<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 20. Kone, Inc.<br>PO Box 429<br>Moline, IL 61266 | Unsecured Claim | $571.41 |
| 21. Quantum Pest Control<br>PO Box 1090<br>Alief, TX 77411 | Unsecured Claim | $349.65 |
| 22. Royal Cup Dine-Mor, Inc.<br>PO Box 170971<br>Birmingham, AL 35217 | Unsecured Claim | $704.16 |
| 23. Scentair Technologies<br>75 Remittance Drive, Suite 6542<br>Chicago, IL 60675 | Unsecured Claim | $162.38 |
| 24. Southern Discount<br>PO Box 1263<br>Crosby, TX 77532 | Unsecured Claim | $675.00 |

in re: **WMF AIRPORT HOTEL, LTD**

Debtor                                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.  Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 | Unsecured Claim | $644.07 |
| 26.  Suncoast Plumbing, Inc.<br>1204 Missouri<br>South Houston, TX 77587 | Unsecured Claim | $4,520.92 |
| 27.  Superior Fashion Seal Uniforms<br>PO Box 932058<br>Atlanta, GA 31193 | Unsecured Claim | $68.94 |
| 28.  Sysco Food Services of Houston<br>10710 Greens Crossing<br>Houston, TX 77038 | Unsecured Claim | $9,947.13 |
| 29.  Wells Fargo Bank, N.A.<br>MAC#N9303-11E<br>608 2nd Avenue S, 11th Floor<br>Minneapolis, MN 55402<br>xxxxxxxxx - xxxx #xx5274 | Secured Claim | $8,970,000.00 |
| 30.  Wells Fargo Bank, NA<br>Middle Market Real Estate<br>Attn Kyle Shaw<br>111 Congress Ave, S 530<br>Austin, TX 78701 | Unsecured Claim | $0.00 |
| 31.  Wells Fargo Financial<br>PO Box 6434<br>Carol Stream, IL 60197 | Unsecured Claim | $1,074.06 |

in re:   **WMF AIRPORT HOTEL, LTD**
_____      _____
                                          Debtor                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **WMF AIRPORT HOTEL, LTD** _____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___5___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.


Debtor: **/s/ William M. Friedrichs, Jr.** _____   Date: 6/3/2011 _____
              **William M. Friedrichs, Jr.**
              **Pres, WMF Development, Inc., GP**

B4 (Official Form 4) (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:    **WMF AIRPORT HOTEL, LTD**                              Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sysco Food Services of Houston<br>10710 Greens Crossing<br>Houston, TX 77038 | | Vendor | | **$9,947.13** |
| Suncoast Plumbing, Inc.<br>1204 Missouri<br>South Houston, TX 77587 | | Vendor | | **$4,520.92** |
| HD Supply Facilities<br>PO Box 509058<br>San Diego, CA 92150 | | Vendor | | **$3,887.06** |
| Auto Chlor<br>Dept 205<br>PO Box 4869<br>Houston, TX 77210 | | Vendor | | **$2,967.83** |
| Gues Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | | Vendor | | **$1,899.87** |
| Discount Commercial Office<br>10150 Talley Ln<br>Houston, TX 77041 | | Vendor | | **$1,666.17** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **WMF AIRPORT HOTEL, LTD**                           Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JCDeaux Airport, Inc.<br>General Post Office<br>PO Box 5436<br>New York, NY 10087 | | Vendor | | **$1,380.69** |
| Ipanema Solutions, LLC<br>PO Box 7470<br>Ann Arbor, MI 48107 | | Vendor | | **$1,175.70** |
| Wells Fargo Financial<br>PO Box 6434<br>Carol Stream, IL 60197 | | Vendor | | **$1,074.06** |
| Royal Cup Dine-Mor, Inc.<br>PO Box 170971<br>Birmingham, AL 35217 | | Vendor | | **$704.16** |
| Southern Discount<br>PO Box 1263<br>Crosby, TX 77532 | | Vendor | | **$675.00** |
| Hobart Service<br>ITW Food Equipment<br>5120 Ashbrook<br>Houston, TX 77081 | | Vendor | | **$651.40** |
| Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 | | Vendor | | **$644.07** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **WMF AIRPORT HOTEL, LTD**                               Case No.

                                                                                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kone, Inc.<br>PO Box 429<br>Moline, IL 61266 | | Vendor | | **$571.41** |
| Eastex Laser<br>PO Box 218481<br>Houston, TX 77218 | | Vendor | | **$497.88** |
| Form Source & More<br>PO Box 1672<br>Stafford, TX 77497 | | Vendor | | **$389.96** |
| Quantum Pest Control<br>PO Box 1090<br>Alief, TX 77411 | | Vendor | | **$349.65** |
| Hotel Information Service<br>2951 Marina Bay Drive, Suite 130-488<br>League City, TX 77573 | | Vendor | | **$319.34** |
| Davene Inc.<br>PO Box 751670<br>Memphis, TN 38175 | | Vendor | | **$253.91** |
| Delta Products<br>2570 Metropolitan Drive<br>Trevose, PA 19053 | | Vendor | | **$252.09** |